AO 91 (Rev. 11/11) Criminal Complaint

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2018 MAY 29 AM 8:32

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

United States of America
v.
Edward L. Walton

Defendant(s)

Case No. 4:18mj-27-HBB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 25, 2017 in the county of Webster in the Western District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2252A(a)(2)(B) | knowingly distribute and recieve child pornography |

This criminal complaint is based on these facts:

See "AFFIDAVIT"

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Theodore R Curtis III, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/29/18

[signature]
*Judge's signature*

City and state: Bowling Green, Kentucky

H. Brent Brennenstuhl, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Theodore Curtis, being duly sworn, state as follows:

1.    I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI) and have been so since November 2000.  Among my duties is the investigation of child pornography offenses.  I have received specialized training in this area of investigations and conducted investigations of individuals suspected of involvement in child exploitation.

2.    The statements contained in this affidavit are based on information I have learned through my own investigation, from other law enforcement personnel, and my experience and background as a HSI Special Agent.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.

3.    On October 10, 2017, HSI Bowling Green, Kentucky received information pertaining the receipt and distribution of child pornography by an individual, hereinafter referred to Suspect A, from the Kentucky State Police (KSP).

4.    On October 12, 2017, SA Curtis met with KSP Trooper Braden and received a copy of the examination of Suspect A's iPhone. Upon review of the iPhone by SA Curtis, Kik chats involving Suspect A and Kik username "mr.hollywoodw84" were recovered.  Some of the chats from the iPhone are reproduced in paragraphs 5-8 below.  Note: All times have been converted to from Coordinated Universal Time (UTC) to Central Daylight Time.

5. On September 22, 2017, mr.hollywoodw84 and Suspect A have the following conversation, starting at 4:46 p.m.:

- Suspect A – I hope u r here tomorrow night if I get fucked by the dog
- mr.hollywoodw84 – Wish I was watching u get fucked while I had a 6yr old suck my cock
- Suspect A - I want the 6 year to ride ur cock
- mr.hollywoodw84 – Find one to rape, Bring her back to ur house for a couple days amd let's use her then drop her off somewhere, Like a homeless girl, Raise her to be a our whore
- Suspect A – Fuck yes, I'd love that
- mr.hollywoodw84 – So why don't u do it
- Suspect A – Where do u find homeless kids
- mr.hollywoodw84 – Google it [an image is attached with path 021e02e1-8849-4660-854f-c3a0120b142d]
- Suspect A – What do I type in
- mr.hollywoodw84 – Homeless shelter
- Suspect A – I need to find a kid that's alone
- mr.hollywoodw84 – How
- Suspect A – I could probably rent a kid from a druggie
- mr.hollywoodw84 – Do it, Be easier to find a homeless one to raise

6. On September 23, 2017, Suspect A and mr.hollywoodw84 have the following conversation, starting at 5:54 p.m.:

- mr.hollywoodw84 – I wish my daughter was here

- Suspect A – Are u gonna play with her?
- mr.hollywoodw84 – Maybe
- Suspect A – U should.
- mr.hollywoodw84 – She'll be sexy
- Suspect A – Yes she will
- mr.hollywoodw84 – I'll keep her pussy wet
- Suspect A – U will be a good dad
- mr.hollywoodw84 – How long after she's born should I start?
- Suspect A– U can rub anytime. Get her used to it
- mr.hollywoodw84 – Should I cum on her
- Suspect A – No. U don't wanna scare her. Ler her see u naked and hard and touch ur dick when she's old enough
- mr.hollywoodw84 –How old
- Suspect A – Old enough to do it herself.
- mr.hollywoodw84 - Cpl years
- Suspect A – Yeah
- mr.hollywoodw84 – Can I cum on her now. Well soon
- Suspect A – Yes. Not in her face. I'd let her taste ur cum a little when she gets about 6 months old
- mr.hollywoodw84 – Then rub it in her cunt
- Suspect A - Yes. Get her used to all of it. And when she is old enough to talk start telling her not to tell anyone about it
- mr.hollywoodw84 – Mmmm ok. I can rub my dick in her cunt anytime

- Suspect A – Yes U can. Am I gonna get to watch any of this?
- mr.hollywoodw84 – Yes U can

7. On September 25, 2017 at 9:18 a.m., mr.hollywoodw84 requests Suspect A to "resend me 5hose pics". Suspect A then sends mr.hollywoodw84 the following images[1]:

- An image of a prepubescent female performing fellatio on an adult male.
- An image of a prepubescent female being anally penetrated by an adult male's penis.
- An image of a prepubescent female lying on her back with a shirt on and legs spread exposing her vagina. There is an adult man's erect penis close to the female's vagina. The female is holding the erect penis between her feet.
- An image of a prepubescent female that is being vaginally penetrated by an adult male's penis.

mr.hollywoodw84 then sent the following to Suspect A:

- An image of a prepubescent female with her legs spread exposing her vagina. An adult man is rubbing his penis on the vagina of the female.
- An image of a prepubescent female with her legs spread exposing her vagina. The female is sitting on an adult man's penis. Both individuals are facing the camera. The adult man's penis is between the female's labia. The female appears to have semen on her torso.

---

[1] A copy of the images described in this paragraph was made available for review by the Magistrate Judge and will be kept in a secure location by the requesting agent.

8. On September 25, 2017 at 9:21 a.m., a contact listed as "edward" sends a text message to Suspect A – "Also resend me those pics on kik". Suspect A responded "lol I'll try. Kik doesn't work great in here". During the exchange of text messages, "edward" indicates that he has more images and Suspect A asks for "edward" to send them. At 12:04 p.m., Suspect A states, "I can't get them to load, I'll have to look at home". At 12:10 p.m., Suspect A states, "They came up. They are hot as fuck". At 12:37 p.m., Suspect A tells "edward" via text message, "I love the one where she is straddling his cock".

9. On January 17, 2017, through a collaborative search, Edward L WALTON was identified as mr.hollywoodw84. SA Curtis requested and received WALTON's driver's license information from the Commonwealth of Kentucky. SA Curtis compared the driver's license photograph with an image that was sent by mr.hollywoodw84 to Suspect A via Kik on September 19, 2017. Upon comparing the images mr.hollywoodw84 was identified as WALTON.

10. On March 21, 2017, a federal search warrant was conducted at WALTON's residence in Marion, KY. At the time of the search, SA Curtis read WALTON the Miranda warning from a pre-printed form. Walton indicated that he was willing to talk. His statements include the following:

- WALTON stated that he could not remember how the trading of child pornography got started with Suspect A.
- WALTON admitted to having a Kik account and believed that his Kik username was mr.hollywood84. SA Curtis asked if WALTON'S Kik

username was actually mr.hollywoodw84 and WALTON indicated it was correct. WALTON added that he primarily talked with Suspect A via Kik.

- SA Curtis showed WALTON a photograph (of WALTON) that was recovered from Suspect A's phone and was cropped to remove WALTON'S penis (same as the photo referenced in paragraph 9, above). WALTON acknowledged that the image was him and that he had sent the image to numerous individuals. WALTON added that the image had been cropped to remove his penis. WALTON then initialed the back of the image.
- SA Curtis asked WALTON if he remembered talking to Suspect A about finding a homeless kid or renting one from a druggie. WALTON stated that he remembered the conversation and claimed that he was not being serious, adding "I ain't got time to be serious about that, plus it's fucked up." WALTON added that he does not know if Suspect A was into that stuff or not.
- SA Curtis inquired about a conversation that WALTON had with Suspect A on September 23, 2017 (reproduced above in paragraph 6). WALTON informed SA Curtis that he could read the conversation (SA Curtis had the conversation printed). WALTON then adamantly rejected that he would do that stating "that's my kid, that's all fuckin talk, I would never touch my kids." WALTON added that he hoped Suspect A was just playing around with this.

- SA Curtis asked WALTON if he remembered a message where WALTON requested Suspect A to send him child porn images. WALTON stated that he recalled the images.
- WALTON provided his cell phone number. This number matched the number associated with contact "edward," as referenced in paragraph 8 above.
- Walton stated that he accessed Kik via the cellular data on his phone and from the wifi access at work.

11. On May 23, 2018, SA Curtis received information from the Webster County Middle School, in Webster County, Kentucky, where Suspect A was employed in September 2017. SA Curtis was informed that Suspect A was at Webster County Middle School on September 25, 2017, and a "normal" day was 7:30 a.m. to 3:30 p.m. (CDT). Thus, the images that WALTON distributed on September 25, 2017 (Paragraph 7) were sent to Webster County, Kentucky, and the images that WALTON received on September 25 (Paragraph 7) were received from Webster County, Kentucky.

12. Wherefore, based on the above facts and all the information set forth in this Affidavit, I respectfully submit that there is probable cause that Edward L. WALTON violated Title 18 USC, Section 2252A by distributing and receiving material containing images of child pornography on or about September 25, 2017. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for Edward L. WALTON.

______________________________
Theodore R. Curtis III
Special Agent
Homeland Security Investigations

Subscribed and sworn before me this __29__ day of May, 2018

______________________________
Honorable H. Brent Brennenstuhl
U.S. Magistrate Judge